IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01798-PSF-BNB

JEANINE CORRIGAN,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a/k/a Liberty Mutual; and OPPENHEIMER FUNDS, INC.,

    Defendants.

---

## ORDER GRANTING MOTIONS TO DISMISS PARTY AND CLAIM FOR ERISA PENALTIES

---

This matter is before the Court on plaintiff's Unopposed Motion to Dismiss Oppenheimer Funds, Inc. (Dkt. # 10) and Unopposed Motion to Dismiss Claim for ERISA Penalties (Dkt. # 11).  Having reviewed the motions and the file, the Court hereby ORDERS:

    1)   That plaintiff's Unopposed Motion to Dismiss Oppenheimer Funds, Inc. (Dkt. # 10) is GRANTED and Defendant Oppenheimer Funds, Inc. Is DISMISSED WITHOUT PREJUDICE as a party in this action.  IT IS FURTHER ORDERED that the caption of subsequent filings in this matter will be changed to reflect the removal of Defendant Oppenheimer Funds, Inc. as a defendant in this matter; and

    2)   That plaintiff's Unopposed Motion to Dismiss Claim for ERISA Penalties (Dkt. # 11) is GRANTED.

DATED:  October 26, 2006        BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge