IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01798-PSF-BNB

JEANINE CORRIGAN,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a/k/a Liberty Mutual,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Stipulation to Dismiss With Prejudice (Dkt. # 21). The Court, having reviewed the stipulation signed by all parties, hereby ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

DATED: February 6, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge